NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KURTIS BRADLEY and LAUREN          )
BRADLEY,                           )
                                   )
           Appellants,             )
                                   )
v.                                 )          Case No.  2D17-2298
                                   )
PROF-2013-S3 LEGAL TITLE TRUST,    )
BY U.S. BANK NATIONAL ASSOCIATION, )
AS LEGAL TITLE TRUSTEE FORMERLY    )
BANK OF AMERICA, N.A. SUCESSOR BY  )
MERGER TO BAC HOME LOANS           )
SERVICING, LP,                     )
                                   )
           Appellee.               )
_____)

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Charlotte
County; James R. Thompson, Senior
Judge.

Kurtis Bradley and Lauren Bradley, Port
Charlotte, pro se.

Kathleen E. Angione of Kahane &
Associates, P.A., Plantation, for Appellee.


PER CURIAM.

           Affirmed.


SILBERMAN, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.